# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bencivengo, Cathy A. | 2. Court or Organization<br><br>US District Court, California | 3. Date of Report<br><br>05/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| U.S. Courthouse<br>221 West Broadway<br>San Diego, California 92101 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Governors | San Diego Chapter of the Association of Business Trial Lawyers |
| 2. | Member of Judicial Advisor Board | Sedona Conference |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Thermo Fisher Scientific - Salary & Commission |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University School of Law | 02/22/2018 - 02/25/2018 | Manhasset, NY | Attendee at Judicial Seminar on International Human Rights and Humanitarian Law | air and local transportation, parking, meals and lodging |
| 2. | Federal Circuit Bar Association | 06/20/2018 - 06/22/2018 | San Diego, CA | Judicial Panelist at Patent Law Conference | local parking |
| 3. | Eastern District of Texas Bar Association | 10/17/2018 - 10/19/2018 | Plano, TX | Judicial Panelist on Patent Law at Annual Bench/Bar Conference | air and local transportation, parking, meals and lodging |
| 4. | Georgetown Law School and Berkeley Law School | 11/15/2018 - 11/16/2018 | Washington, D.C. | Judicial Panelist at Patent Law Conference | air and local transportation, parking, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/13/2019 |

5.  _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bencivengo, Cathy A. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #2 (Edward Jones) | | | | | | | | | |
| 2. -- Edward Jones Cash Reserves | | None | J | T | | | | | |
| 3. -- Columbia Small Cap Value II | B | Dividend | J | T | | | | | |
| 4. --Dodge & Cox Income Fund | B | Dividend | K | T | Buy (add'l) | 06/22/18 | J | | |
| 5. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 6. -- Dodge & Cox Stock Fund | C | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 7. -- Fundamental Investors Fund | C | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 8. -- Hotchkis & Wiley Mid Cap Val I | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 9. -- JPMorgan Core Bond Fund Select | B | Dividend | L | T | Buy (add'l) | 04/25/18 | J | | |
| 10. | | | | | Sold (part) | 06/22/18 | J | | |
| 11. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 12. -- MFS Value Fund | B | Dividend | L | T | Buy (add'l) | 06/22/18 | K | | |
| 13. | | | | | Sold (part) | 10/17/18 | J | | |
| 14. -- Oppenheimer Intl Growth Fund | A | Dividend | K | T | Sold (part) | 06/22/18 | J | | |
| 15. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 16. -- Invesco Comstock Fund | D | Dividend | K | T | Buy (add'l) | 06/22/18 | K | | |
| 17. | | | | | Sold (part) | 10/17/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- JPM Fed Money Market Inst Cl | A | Interest | J | T | | | | | |
| 19. -- Artisan Intl Value Fund | A | Dividend | K | T | Buy (add'l) | 10/17/18 | J | | |
| 20. -- Europacific Growth Fund | B | Dividend | K | T | Sold (part) | 06/22/18 | J | | |
| 21. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 22. -- T.Rowe Price Intl Discovery | B | Dividend | K | T | Buy (add'l) | 10/17/18 | J | | |
| 23. -- Harbor Capital Appreciation | C | Dividend | K | T | Sold (part) | 06/22/18 | J | | |
| 24. | | | | | Sold (part) | 10/17/18 | J | | |
| 25. -- Delaware US Growth | | None | | | Sold | 06/22/18 | K | | |
| 26. -- Primecap Odyssey Stock Fund | A | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 27. -- Artisan Mid Cap Value Fund | A | Dividend | K | T | Buy (add'l) | 06/22/18 | K | | |
| 28. | | | | | Sold (part) | 10/17/18 | J | | |
| 29. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 30. -- Brown Cap Mgt Small Co Fund | B | Dividend | K | T | Sold (part) | 10/17/18 | J | | |
| 31. -- Causeway Intl Value Fund Intl | B | Dividend | L | T | Buy (add'l) | 06/22/18 | K | | |
| 32. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 33. -- Dfa US Small Cap Value Fund | A | Dividend | J | T | Sold (part) | 10/17/18 | J | | |
| 34. -- Eaton Vance Atlanta Cap SMID | A | Dividend | J | T | Sold (part) | 06/22/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/17/18 | J | | |
| 36.  -- PIMCO Funds High Yield Fund Intl Cl | A | Dividend | J | T | Buy (add'l) | 10/17/18 | J | | |
| 37.  401K #2 (Thermo Fisher) | | | | | | | | | |
| 38.  -- Dodge & Cox Stock | E | Dividend | O | T | | | | | |
| 39.  -- Thermo Fisher Scientific Inc. | A | Dividend | K | T | | | | | |
| 40.  -- SSGA S&P 500 Index CL C | C | Dividend | L | T | | | | | |
| 41.  -- Jennison Instl US Sm Cap Eq | E | Dividend | N | T | | | | | |
| 42.  Brokerage Acct. #2 | | | | | | | | | |
| 43.  -- Fundamental Investors | C | Dividend | K | T | | | | | |
| 44.  -- New World Growth Fund of America | A | Dividend | K | T | | | | | |
| 45.  J.T. Account (Schwab) | | | | | | | | | |
| 46.  -- Palomar Pomerado Health Muni Bonds | | None | K | T | | | | | |
| 47.  -- Temple City California Unifed School District Muni Bonds | | None | K | T | | | | | |
| 48.  -- Growth Fund of America | B | Dividend | J | T | | | | | |
| 49.  -- Invesco Energy Fund | A | Dividend | J | T | | | | | |
| 50.  Charles Schwab Money Market Account | A | Interest | L | T | | | | | |
| 51.  Brokerage Acct. #4 (Schwab) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bencivengo, Cathy A.** | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | --Columbia Seligman Comm & Info Fund | C | Dividend | K | T | | | | | |
| 53. | -- Matthews Asian Growth & Inc Fund | A | Dividend | J | T | | | | | |
| 54. | -- Victory Munder Index 500 Fund | A | Dividend | L | T | | | | | |
| 55. | --Oakmark Equity Income Fund | B | Dividend | K | T | | | | | |
| 56. | -- Parnassus Equity Income | C | Dividend | J | T | | | | | |
| 57. | -- Permanent Portfolio | A | Dividend | J | T | | | | | |
| 58. | -- Reynolds Blue Chip | B | Dividend | K | T | | | | | |
| 59. | -- Yacktman Focused Fund | C | Dividend | L | T | | | | | |
| 60. | IRA #1 | | | | | | | | | |
| 61. | -- VIAVI Solutions Common Stock | A | Dividend | J | T | | | | | |
| 62. | -- Fidelity Intl Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 63. | IRA #3 (Schwab) | | | | | | | | | |
| 64. | -- Deposit Account/Cash Reserves | | None | J | T | | | | | |
| 65. | -- Parnassus Equity Income | C | Dividend | K | T | | | | | |
| 66. | Chase | A | Interest | N | T | | | | | |
| 67. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Bencivengo, Cathy A.** | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy A. Bencivengo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544